

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2017

No. 04-06-00624-CV

**IN RE** Miguel **ALVAREZ**

Original Mandamus Proceeding[1]

### ORDER

On December 28, 2017, relator filed a motion asking this court to investigate the Bexar County District Clerk and her deputy clerks. Relator alleges the District Clerk is not filing his motions. This court has determined relator is not entitled to the relief sought; therefore, his motion is DENIED.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2004-CR-2389, styled *The State of Texas v. Miguel Alvarez*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.